**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE: FYRE FESTIVAL LITIGATION         Civil Action No. 1:17-cv-03296 (PKC)

**[PROPOSED] DEFAULT JUDGMENT AS TO**
**<u>DEFENDANT WILLIAM McFARLAND</u>**

CASTEL, U.S.D.J.

The operative Second Consolidated Amended Class Action Complaint ("Operative Complaint") (ECF No. 56) in this action having been filed on June 25, 2018 and a copy thereof having been personally served on Defendant William McFarland on January 31, 2020, and a proof of service having been filed on February 25, 2020 (ECF No. 106), and Defendant McFarland not having answered the Operative Complaint or otherwise responded, and the time for answering the Operative Complaint or otherwise responding having expired, it is

ORDERED, ADJUDGED, AND DECREED: That Plaintiffs Daniel Jung, Lauren Mainero, Matthew Herlihy, Anthony Lauriello, Ritu Jutla, Hallie Wilson, Zenovia Pittas, and the Judgment Class have judgment against Defendant William McFarland in the amount of $7,500,000.00.

Dated: New York, New York

_____, 2020

_____
P. Kevin Castel
United States District Judge

This document was entered on the docket on _____.